# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 AUGUST 2016

| | | | |
|---|---|---|---|
| | | 9. Petitioner's *Pro Se* Renewed Motion to Expedite Petitioner's *Writ of Certiorari* from Order of COA | 9. Dismissed as moot **07/13/2016** |
| 047P02-17 | State v. George W. Baldwin | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **06/28/2016** **Ervin, J., recused** |
| 048P15-2 | State v. Ronald Dewayne Deese, III | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP16-378) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* Motion for PDR | 2. Dismissed |
| | | 3. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 3. Dismissed |
| 063P15-2 | State v. Isidro Garcia Hernandez | 1. Def's *Pro Se* Motion for PDR | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Subpoena *Duces Tecum* | 2. Dismissed **Ervin, J., recused** |
| 064A16-2 | In re Price | Def's *Pro Se* Motion to Reconsider | Dismissed |
| 066A16 | State v. Shamele Collins | Def's Motion for Leave to File Reply Brief Out of Time | Denied **07/01/2016** |
| 066A16 | State v. Shamele Collins | Def's Attorney's Motion to Withdraw as Counsel | Allowed **07/12/2016** |
| 068P16 | State v. Corey Demond Phillips | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-730) | Denied |
| 078P16 | State v. Terry Cherrelle Gray, Jr. and Charles Hezekiah Gilchrist, Jr. | 1. Def's (Charles Hezekiah Gilchrist, Jr.) PDR Under N.C.G.S. § 7A-31 (COA15-500) | 1. Denied |
| | | 2. Def's (Terry Cherrelle Gray, Jr.) PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 079P16 | State v. Marko Stasiv | Def's PDR Under N.C.G.S. § 7A-31 (COA15-806) | Denied |
| 080A14 | State v. David Martin Beasley Young | | Special Order **08/18/2016** |
| 081A14 | State v. Dominique Jevon Perry | | Special Order **08/18/2016** |
| 082A14 | State v. Sethy Tony Seam | | Special Order **08/18/2016** **Ervin, J., recused** |